**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE, INDIANA**

| | |
|---|---|
| MICHAEL RENIER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:23-cv-00310 |
| | ) |
| NUCOR BUILDING SYSTEMS | ) |
| SALES CORPORATION | ) |
| Defendant, | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of her Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

**JURISDICTION**

1. This suit is authorized and instituted pursuant to Age Discrimination in Employment Act, 29 U.S.C. §§ 621–634 and Americans with Disability Act, 42 U.S.C.A. § 2000e-5.

2. Plaintiff fled a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice to sue on May 5, 2023.

**PARTIES**

3. Plaintiff is disabled male, over the age of forty, and at all relevant times he resided in the Northern District of Indiana.

4. Defendant is a corporation doing business in the State of Indiana in the Northern District of Indiana.

## FACTS

5. Plaintiff applied to be hired into a job pool at Defendant.

6. Plaintiff never applied for a specific job, however, all the jobs were entry level.

7. In May 2022, Plaintiff was told that Defendant would make him a job offer pending a physical.

8. However, in May 2022, Plaintiff completed a physical and completed documentation and stated that he was disabled, which was that he is blind in his right eye.

9. Defendant's Nurse informed him that she didn't see how Plaintiff was going to be able to do the job.

10. Plaintiff informed the nurse that he was willing and able to perform the job.

11. In May 2022, Plaintiff was told that he was not hirable because their doctor will not clear him to work.

12. Plaintiff later spoke to the nurse and she informed him that he had to have 20/20 vision in both eyes with depth perception.

13. However, non-disabled and younger employees that didn't have 20/20 vision and depth perception in both eyes were hired.

14. Defendant failed to engaged in the interactive process.

15. Plaintiff was not hired due to his age.

16. Plaintiff was not hired due to his disability.

## COUNT I

17. Plaintiff incorporates by reference paragraphs 1-16.

18. Defendant, as a result of not hiring Plaintiff due to his age, violated the Age Discrimination in Employment Act, 29 U.S.C. §§ 621–634.

## COUNT II

19. Plaintiff incorporates by reference paragraphs 1-16.

20. Defendant, as a result of not hiring Plaintiff due to his disability, violated the Americans with Disability Act, 42 U.S.C.A. § 2000e-5.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff liquidated damages;

E. Award Plaintiff his cost in this action and reasonable attorney fees;

F. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully Submitted

                                                      s//Amber K. Boyd
                                                     Amber K. Boyd 31235-49
                                                     Attorney for Plaintiff

Amber K. Boyd 31235-49
Amber K. Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 960-5070